■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

AGUSTIN MIGUEL CARRASQUILLO-VILLANUEVA, Appellant.— Judgment unanimously affirmed. Memorandum: Defendant contends that the trial court's charge on justification was inadequate. That issue was not preserved for our review by timely objection *(see,* CPL 470.05 [2]; *People v Thomas,* 50 NY2d 467). Because there was strong evidence of defendant's guilt that rebutted his justification defense, we decline to consider the alleged error as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6]; *People v Comfort,* 113 AD2d 420; *People v Swinson,* 111 AD2d 275, 276).

We have reviewed the remaining contentions raised by counsel and by defendant *pro se* and find them to be without merit. (Appeal from Judgment of Onondaga County Court, Cunningham, J.—Manslaughter, 1st Degree.) Present—Denman, P. J., Doerr, Green, Lawton and Davis, JJ.